☑ Priority
☑ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
JUL 23 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAZEL M. HAGY et al., | Case No: ED-CV-00065-AHM RZ |
| | [PROPOSED] JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, et al., | The Honorable A Howard Matz<br>Courtroom: 14 |

Pursuant to Federal Rules of Civil Procedure, rule 54, Defendants David Leigh Scott, Sharon Dunlavy, William Schott, Craig Carlson, and Jan Lynn Owen, are entitled to judgment against Plaintiffs Dennis L. Shollenburg, Hazel M. Hagy, Vicky L. Melton, Brenda Knudson, and Robert J. Hagy, based on the Stipulation of Dismissal and Order,

DOCKETED ON CM
JUL 24 2007
BY _____ 053

ED-CV 00-00065-AHM (RZx)      1

1  NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED:

2  Each party to bear its own costs, including any claim for interest and/or

3  attorneys' fees.

4

5

6  DATED: July 23, 2007

7  _____
   JUDGE OF THE DISTRICT COURT

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **HAZEL M. HAGY, et al., v. UNITED STATES OF AMERICA, et al., UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

Case No.: **ED-CV-00-00065-AHM(RZx)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 10, 2007, I served the attached

**[PROPOSED] JUDGMENT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

| | |
|---|---|
| Patricia J. Barry, Esq.<br>634 S. Spring Street., Suite 823<br>Los Angeles, CA 90014 | Frank Sanes, Esq.<br>3826 Carmona Avnue<br>Los Angeles, CA 90008 |
| *Attorney for Plaintiff Hazel Hagy* | *Attorney for Plaintiff Hazel Hagy* |

Alfred J. Landegger, Esq.
LANDEGGER, BARON AND LAVENANT
15760 Ventura Blvd., Suite 1200
Encino, Ca 91436

*Attorney for Defendants*
*First Mountain Bank, et al.,*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 10, 2007**, at San Diego, California.

Elaine Marshall
_____
Declarant

*[Signature]*

80142634 wpd