Alfred J. Landegger, Esq. - State Bar No. 84419
Larry C. Baron - State Bar No. 153386
LANDEGGER, BARON & LAVENANT
A Law Corporation
15760 Ventura Boulevard, Suite 1200
Encino, California 91436
Telephone: (818) 986-7561
Facsimile: (818) 986-5147

Priority Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JUL 25 2007
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

Attorneys for Defendants First Mountain Bank, Douglas Shearer, Jack Knowlden, Ronald Clarke, Lois Walters, David Leroy, Michael Rafferty, Kenneth Wood, Joseph Hindman, Sharon H. Jasperson, Patrick J. Nevin, and Thomas Titchener

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAZEL M. HAGY, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, et. al. <br><br> Defendants | Case No.: ED-CV 00-00065-AHM (RZx) <br><br> [PROPOSED] JUDGMENT <br><br> Judge: Hon A. Howard Matz <br> Courtroom: 14 |

Pursuant to Federal Rules of Civil Procedure, rule 54, Defendants' First Mountain Bank, Douglas Shearer, Jack Knowlden, Ronald Clarke, Lois Walters, David Leroy, Michael Rafferty, Kenneth Wood, Joseph Hindman, Sharon H. Jasperson, Patrick J. Nevin, and Thomas Titchener are entitled to judgment against Plaintiffs' Dennis L. Shollenburg, Hazel M. Hagy, Vicky L. Melton, Brenda Knudson, and Robert J. Hagy, based on the Stipulation of Dismissal and Order,

///
///
///
///

DOCKETED ON CM
JUL 26 2007
BY _____ 053

1
[PROPOSED] JUDGMENT
P:\CLIENTS\LITIGATION\First Mountain\Hagy\Pleading\Judgment.wpd\kj\7/3/07         Printed on Recycled Paper

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT:

All parties are to bear their own costs, including any claim for interest and/or attorney's fees.

DATED: July 25, 2007

JUDGE OF THE DISTRICT COURT

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
### CASE NAME:
### CASE NO:

*I declare as follows:*

I am employed in the County of Los Angeles, California. I am over the age of 18 years, and not a party to the within action; my business address is 15760 Ventura Boulevard, Suite 1200, Encino, California 91436. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

On July 5, 2007, I served a true and correct copy, with all exhibits, of the following documents described as:

## [PROPOSED] JUDGMENT

☐ On the party or parties named below, by personally delivering a true copy thereof on at approximately _____ at _____ *(Personal service)*.

☑ on the party or parties named below, by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service, where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service, that same day in the ordinary course of business, addressed as set forth below. *(Regular office deposit)*

☐ on the interested parties in the within action by placing the above documents in the United States mail for Express Mail delivery at 15760 Ventura Boulevard, Encino, California 91436 in a sealed envelope, with Express Mail postage thereon fully prepaid; by depositing copies of the above documents in a box or other facility regularly maintained by Federal Express, in an envelope or package designated by Federal Express Airbill No. ***, with delivery fees paid by sender's account. (Code of Civil Procedure §1013(c).) *(Overnight delivery service)*

☐ on the interested parties in the within action by transmitting via facsimile machine to the name(s) and facsimile number(s) set forth below. *(Facsimile)*

**SEE ATTACHED SERVICE LIST**

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 5, 2007 at Encino, California.

By: _____          By: **KILEY JOHNSON**
   Signature of Declarant                       Type or Print Name of Declarant

## SERVICE LIST

1

2  PATRICIA J. BARRY, ESQ.
   634 S. Spring Street, Suite 823
3  Los Angeles, California 90014

4  KAREN M. WALTER
   Deputy Attorney General
5  State of California Department of Justice
   110 West A Street, Suite 1100
6  P.O. Box 85266
   San Diego, California 92101-3702

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28