THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
THOMAS K. BUCK (State Bar #70307)
Assistant United States Attorney
    300 North Los Angeles Street
    Federal Building, Room 7516
    Los Angeles, California 90012
    Telephone:  (213) 894-3989
    Telefax:    (213) 894-7819

Attorneys for Federal Defendants
United States of America, Federal Deposit Insurance Corporation,
George Masa, George Doerr, Brett Morgan, Duke Sheow, Diane
Lancaster, Kevin Lowery, Dale Huss, Donald E. Powell, John M.
Reich, John D. Hawke, Jr., and James E. Gilleran

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAZEL M. HAGY, et al., | ) | No. EDCV 00-0065-AHM(RZx) |
| | ) | |
| Plaintiffs, | ) | JOINT STATUS REPORT OF |
| | ) | PLAINTIFFS AND THE FEDERAL |
| v. | ) | DEFENDANTS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | DATE: June 30, 2008 |
| | ) | TIME: 1:30 a.m. |
| Defendants. | ) | CTRM: 14, U.S. Courthouse |
| _____ | | |
| | | Hon. A. Howard Matz |

     Plaintiffs Hazel M. Hagy, Robert Hagy, Brenda Knudson, Vicky

Lee Melton, and Dennis Shollenburg (hereinafter collectively

"Plaintiffs") and defendants United States of America, Federal

Deposit Insurance Corporation, George Masa, George Doerr, Brett

Morgan, Duke Sheow, Diane Lancaster, Kevin Lowery, Dale Huss,

Donald E. Powell, John M. Reich, John D. Hawke, Jr., and James E.

Gilleran (hereinafter collectively "the Federal Defendants")

respectfully and jointly report that, based on the Court's

records in this matter, including but not limited to Plaintiffs'

1   Notice of Dismissal With Prejudice and Order, filed August 30,
2   2000, and the Court's Order 1) Granting the Federal Defendants'
3   Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P.
4   12(c) as to the Claims of the Second Amended Complaint and 2)
5   Granting Defendant United States' Motion for Judgment on the
6   Pleadings as to the First, Second, Ninth, Tenth and Eleventh
7   Claims of the Second Amended Complaint, filed December 17, 2003,
8   Plaintiffs and the Federal Defendants believe that all claims
9   against the Federal Defendants have been dismissed and that no
10  claim against any of the Federal Defendants remains, but that, if
11  any claim against any Federal Defendant has not been dismissed,
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1   Plaintiffs and the Federal Defendants hereby consent to the

2   dismissal of any such undismissed claim or claims, with each side

3   shall bearing its own costs and attorneys fees.

4

5   DATED:   6/20/08                THOMAS P. O'BRIEN
                                    United States Attorney
                                    LEON W. WEIDMAN
6                                   Assistant United States Attorney
                                    Chief, Civil Division
7
                                    /s/ Thomas K. Buck
8                                   _____
                                    THOMAS K. BUCK
9                                   Assistant United States Attorney

10                                  Attorneys for Federal Defendants
                                    United States of America, Federal
11                                  Deposit Insurance Corporation,
                                    George Masa, George Doerr, Brett
12                                  Morgan, Duke Sheow, Diane
                                    Lancaster, Kevin Lowery, Dale Huss,
13                                  Donald E. Powell, John M. Reich,
                                    John D. Hawke, Jr., and James E.
14                                  Gilleran

15  DATED:     6/20/08              PATRICIA J. BARRY
                                    PATRICIA J. BARRY LAW OFFICES
16
                                    /s/ Patricia J. Barry by T.K. Buck*
17                                  _____
                                    PATRICIA J. BARRY
18
                                    Attorneys for Plaintiffs
19                                  Hazel M. Hagy, Robert, Hagy, Brenda
                                    Knudson, Vicky Lee Melton, and
20                                  Dennis Shollenburg

21                                  * Pursuant to emailed authority
                                    granted 6/20/08
22

23

24

25

26

27

28

-3-